No. 90–725. SUMLIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 90–5213. WEAVER v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied. 

No. 90–5290. ARTHUR v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 90–5334. JOHNSON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 90–5343. MEDINA-QUIROGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 90–5549. VOTTELER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 90–5664. EDWARDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 90–5676. ASHLEY ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 90–5691. BROWN v. McCOTTER, SECRETARY, DEPARTMENT OF CORRECTIONS OF NEW MEXICO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–5815. MARRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 90–5857. NAVARRO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 90–5862. HARRIS v. HUFFMAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 90–5896. TERRELL v. MORRIS, WARDEN. C. A. 6th Cir. Certiorari denied.